| | |
|---|---|
| 1 | MONTGOMERY PAEK, ESQ., Bar # 10176 |
| | Z. KATHRYN BRANSON, ESQ., Bar # 11540 |
| 2 | LITTLER MENDELSON, P.C. |
| | 3960 Howard Hughes Parkway |
| 3 | Suite 300 |
| | Las Vegas, NV  89169-5937 |
| 4 | Telephone:    702.862.8800 |
| | Fax No.:        702.862.8811 |
| 5 | Email: mpaek@littler.com |
| | Email: kbranson@littler.com |
| 6 | |
| 7 | Attorneys for Defendant |
| | WILLIAMS-SONOMA DIRECT, INC. |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KIMBERLY WILSON, | |
| Plaintiff, | Case No. 2:19-cv-00395-JCM-CWH |
| vs. | **STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT TO FILE RESPONSIVE PLEADING** |
| WILLIAMS-SONOMA DIRECT, INC., a foreign corporation; AND DOES 1-50, inclusive, | |
| | **(FIRST REQUEST)** |
| Defendant. | |

Pursuant to LR 6-1 and LR II 7-1, Plaintiff, KIMBERLY WILSON and Defendant WILLIAMS-SONOMA DIRECT, INC., by and through their respective attorneys of record, hereby stipulate and agree that Defendant has three (3) weeks to file its responsive pleading to Plaintiff's Complaint (ECF No. 1), which Complaint was filed on March 6, 2019 and served on March 8, 2019. The parties make this request due to Defendant's counsel's recent retention, out-of-office schedule over the next two weeks, and firm trial setting for April 1, 2019.

If the requested extension is granted, Defendant will file its response to Plaintiff's Complaint on Friday, April 19, 2019.

/ / /

/ / /

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

This is the first request for an extension of time to file a responsive pleading made by the parties and the parties make this request in good faith and not for the purpose of delay.

IT IS SO STIPULATED.

Dated: March 21, 2019

Respectfully submitted,

/s/ Theresa M. Santos, Esq.
DANIEL R. WATKINS, ESQ.
THERESA M. SANTOS, ESQ.
WATKINS & LETOFSKY, LLP

Attorney for Plaintiff
KIMBERLY WILSON

Dated: March 21, 2019

Respectfully submitted,

/s/ Z. Kathryn Branson, Esq.
MONTGOMERY PAEK, ESQ.
Z. KATHRYN BRANSON, ESQ.
Littler Mendelson, P.C.

Attorneys for Defendant
WILLIAMS-SONOMA DIRECT, INC.

**IT IS SO ORDERED.**

Dated this  26  day of  March        , 2019.

_____
UNITED STATES DISTRICT COURT JUDGE

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800