MONTGOMERY PAEK, ESQ., Bar # 10176
Z. KATHRYN BRANSON, ESQ., Bar # 11540
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
Telephone:    702.862.8800
Fax No.:         702.862.8811
Email: mpaek@littler.com
Email: kbranson@littler.com

Attorneys for Defendant
WILLIAMS-SONOMA DIRECT, INC.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KIMBERLY WILSON,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>WILLIAMS-SONOMA DIRECT, INC., a foreign corporation; AND DOES 1-50, inclusive,<br><br>　　　　　Defendant. | Case No. 2:19-cv-00395-JCM-CWH<br><br>**STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT TO FILE RESPONSIVE PLEADING**<br><br>**(SECOND REQUEST)** |

Pursuant to LR 6-1 and LR II 7-1, Plaintiff, KIMBERLY WILSON and Defendant WILLIAMS-SONOMA DIRECT, INC., by and through their respective attorneys of record, hereby stipulate and agree that Defendant has an additional ten (10) days to file its responsive pleading to Plaintiff's Complaint (ECF No. 1), which Complaint was filed on March 6, 2019 and served on March 8, 2019.  Pursuant to the parties' first stipulation for an extension of time (ECF No. 10), Defendant's response is currently due April 19, 2019.  The parties make this request to allow efforts to meaningfully engage in settlement negotiations.  Moreover, Defendant's counsel will be on vacation from April 15 through April 19, 2019.

If the requested extension is granted, Defendant will file its response to Plaintiff's Complaint on Monday, April 29, 2019.

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

This is the second request for an extension of time to file a responsive pleading made by the parties and the parties make this request in good faith and not for the purpose of delay.

IT IS SO STIPULATED.

Dated: April 12, 2019

Respectfully submitted,

/s/ Theresa M. Santos, Esq.
DANIEL R. WATKINS, ESQ.
THERESA M. SANTOS, ESQ.
WATKINS & LETOFSKY, LLP

Attorney for Plaintiff
KIMBERLY WILSON

Dated: April 12, 2019

Respectfully submitted,

/s/ Z. Kathryn Branson, Esq.
MONTGOMERY PAEK, ESQ.
Z. KATHRYN BRANSON, ESQ.
Littler Mendelson, P.C.

Attorneys for Defendant
WILLIAMS-SONOMA DIRECT, INC.

**IT IS SO ORDERED.**

Dated this __16__ day of __April__, 2019.

_____
UNITED STATES DISTRICT COURT JUDGE

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800