MONTGOMERY PAEK, ESQ., Bar # 10176
Z. KATHRYN BRANSON, ESQ., Bar # 11540
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
Telephone:   702.862.8800
Fax No.:       702.862.8811
Email: mpaek@littler.com
Email: kbranson@littler.com

Attorneys for Defendant
WILLIAMS-SONOMA DIRECT, INC.

DANIEL R. WATKINS, ESQ., Bar #11881
THERESA M. SANTOS, ESQ., Bar #9448
WATKINS & LETOFSKY, LLP
8215 S. Eastern Avenue
Suite 265
Las Vegas, NV 89123
Telephone: 702.901.7553
Fax No.:     702.974.1297
Email: DW@wl-llp.com
Email: tsantos@wl-llp.com

Attorneys for Plaintiff
KIMBERLY WILSON

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KIMBERLY WILSON,<br><br>    Plaintiff,<br><br>vs.<br><br>WILLIAMS-SONOMA DIRECT, INC., a foreign corporation; AND DOES 1-50, inclusive,<br><br>    Defendant. | Case No. 2:19-cv-00395-JCM-CWH<br><br>**STIPULATION AND ORDER TO DISMISS ACTION WITH PREJUDICE** |

    Defendant WILLIAMS-SONOMA DIRECT, INC. and Plaintiff KIMBERLY WILSON, by and through their undersigned counsel, hereby stipulate and agree to the dismissal of this action in its

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

entirety, with prejudice, with each party to bear its own costs and attorney's fees.  The parties agree that neither party shall be deemed to be a prevailing party in this action and that neither party will seek any attorney's fees or costs pursuant to any rule, statute, or law, whether local, state, or federal.

Dated:  June 27, 2019

Respectfully submitted,

/s/ *Theresa M. Santos*
DANIEL R. WATKINS, ESQ.
THERESA M. SANTOS, ESQ.
WATKINS & LETOFSKY, LLP

Attorney for Plaintiff
KIMBERLY WILSON

Dated:  June 27, 2019

Respectfully submitted,

*/s/ Z. Kathryn Branson*
MONTGOMERY PAEK, ESQ.
Z. KATHRYN BRANSON, ESQ.
Littler Mendelson, P.C.

Attorneys for Defendant
WILLIAMS-SONOMA DIRECT, INC.

**IT IS SO ORDERED.**

Dated July 2, 2019.

_____
UNITED STATES DISTRICT COURT JUDGE

FIRMWIDE:164710690.1 094339.1005

2.

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800